John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse Suite
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: *jnelson@milberg.com*

Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
cardoso@kolawyers.com

*Attorneys for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**TAWANNA DAVIS**, on behalf of herself and all others similarly situated,

Plaintiff,

v.

**EMERGENCE SOFTWARE TECHNOLOGIES, INC. D/B/A MEDEVOLVE, LLC**,

Defendant.

**Case No. 3:26-cv-11245**

**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. 7.1 AND LOCAL CIVIL RULE 3-15**

Pursuant to Civil L.R. 3-15, the undersigned counsel for Plaintiff certifies that the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are believed to be financially interested in the outcome of this litigation:

Plaintiff:

• *Tawanna Davis*

Defendant(s):

- *Emergence Software Technologies, Inc. d/b/a MedEvolve, LLC*

Plaintiff reserves the right to supplement this disclosure statement if needed.

Dated: October 1, 2026

Respectfully submitted,

By: */s/ John J. Nelson*

John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse Suite
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
cardoso@kolawyers.com

*Attorneys for Plaintiff and Proposed Class*