United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANNA DAVIS,<br>Plaintiff,<br>v.<br>EMERGENCE SOFTWARE TECHNOLOGIES, INC.,<br>Defendant. | Case No. 26-cv-11245-ASK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 4 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Judge Tigar for consideration of whether the case is related to *Anderson v. Emergence Software Technologies, Inc.*, 26-cv-10365-JST.

This Order disposes of Docket No. 4.

**IT IS SO ORDERED.**

Dated: October 13, 2026

AJAY KRISHNAN
United States Magistrate Judge